[No. 64317-7-I. Division One. July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. VALENTIN G. SOLODYANKIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12983-3, Michael Heavey, J., entered September 28, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Spearman, J.

[No. 64322-3-I. Division One. July 19, 2010.]

*In the Matter of the Marriage of* SUZANNE E. NEVAN, *Appellant*, and DANIEL M. CASEY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-07464-5, Leonid Ponomarchuk, J. Pro Tem., entered September 16, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Cox, JJ.

[No. 64373-8-I. Division One. July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ODIS KEITH RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03915-8, Richard D. Eadie, J., entered October 23, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 64912-4-I. Division One. July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD MELVIN MENDES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00527-7, Katherine M. Stolz, J., entered November 14, 2008. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.